JASON M. FRIERSON
United States Attorney
District of Nevada
Nevada Bar. No. 7709
MICHAEL K. MARRIOTT, CSBN 280890
Special Assistant United States Attorney
Office of Program Litigation, Office 7
Office of the General Counsel
Social Security Administration
6401 Security Boulevard
Baltimore, MD 21235
Telephone: (510) 970-4836
Facsimile: (415) 744-0134
E-Mail: Michael.Marriott@ssa.gov

Attorneys for Defendant

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JUDY ELIZABETH VADEN, | Case No: 3:22-cv-00504-CSD |
| Plaintiff, | |
| v. | **STIPULATION FOR EXTENSION OF TIME TO FILE DEFENDANT'S CROSS MOTION TO AFFIRM** |
| KILOLO KIJAKAZI, Acting Commissioner of Social Security, | **(First Request)** |
| Defendant. | |

The parties, through the Defendant Acting Commissioner of Social Security, hereby request an extension of time of thirty days, from January 30, 2023, to March 1, 2023, for Defendant to prepare and file the Answer and Certified Administrative Record. This is the Commissioner's first request for an extension.

-1-

                                                            Respectfully submitted,

Date: January 27, 2023　　　　　　　　Osterhout Berger Disability Law, LLC

　　　　　　　　　　　　　　　By:　 */s/ Karl E. Osterhout* *
　　　　　　　　　　　　　　　　　　Karl E. Osterhout
　　　　　　　　　　　　　　　　　　(* *By email authorization*)
　　　　　　　　　　　　　　　　　　Attorney for Plaintiff

Date: January 27, 2023　　　　　　　　JASON M. FRIERSON
　　　　　　　　　　　　　　　　　　United States Attorney

　　　　　　　　　　　　　　　By:　 */s/ Michael K. Marriott*
　　　　　　　　　　　　　　　　　　MICHAEL K. MARRIOTT
　　　　　　　　　　　　　　　　　　Special Assistant United States Attorney
　　　　　　　　　　　　　　　　　　Attorneys for Defendant

　　　　　　　　　　　　　　　　　　IT IS SO ORDERED.

DATE: January 30, 2023　　　　　　　　_____
　　　　　　　　　　　　　　　　　　HON. CRAIG S. DENNEY
　　　　　　　　　　　　　　　　　　United States Magistrate Judge