**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEVADA
NORTHERN DIVISION**

| | | |
|---|---|---|
| JUDY ELIZABETH VADEN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO.  3:22-cv-00504-CSD |
| | ) | |
| | ) | |
| KILOLO KIJAKAZI, | ) | |
| Acting Commissioner of | ) | ORDER GRANTING |
| Social Security, | ) | PLAINTIFF'S MOTION FOR |
| | ) | EXTENSION OF TIME |
| Defendant. | ) | |

IT IS HEREBY ORDERED that Plaintiff is granted an extension of time until May 18, 2023, to file her Motion for Reversal and/or Remand and Supporting Brief.

Date: April 10, 2023

_____
HON. CRAIG S. DENNEY
UNITED STATES MAGISTRATE JUDGE